UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYRIL CURTIS – DIN # 19-A-0921,

        Plaintiff,

-against-

ROCKLAND COUNTY, et al.,

        Defendants.

**ORDER**

21-CV-04294 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for Defendants Lund, Vigilleti, and Alvarez entered appearances in this matter over one month ago. (*See* Doc. 19; Doc. 20). Those three Defendants have not yet, however, responded to the Amended Complaint. Accordingly, Lund, Vigilleti, and Alvarez are directed to respond to the Amended Complaint, in accordance with this Court's Individual Practices, on or before October 8, 2021.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                          **SO ORDERED:**

Dated:  White Plains, New York
         October 5, 2021

                          _____
                          PHILIP M. HALPERN
                          United States District Judge