UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYRIL CURTIS,<br><br>                    Plaintiff,<br><br>-against-<br><br>ROCKLAND COUNTY DRUG TASK FORCE, et al.,<br><br>                    Defendants. | **ORDER**<br><br>21-CV-04294 (PMH) |

PHILIP M. HALPERN, United States District Judge:

    Due to a scheduling conflict, the telephonic pre-motion conference scheduled for 12:00 p.m. on December 16, 2021 is rescheduled to 9:30 a.m. on January 13, 2022. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code: 3456831. Defendants are reminded that it is their responsibility to ensure Plaintiff's appearance at the rescheduled conference.

    Defendants are directed to mail a copy of this Order to Plaintiff and file proof of service on the docket by 5:00 p.m. on December 13, 2021.

                                                            **SO ORDERED:**

Dated:   White Plains, New York
              December 10, 2021

                                                 PHILIP M. HALPERN
                                                 United States District Judge