UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYRIL CURTIS,

                        Plaintiff,

-against-

ROCKLAND COUNTY DRUG TASK FORCE, et al.,

                        Defendants.

**ORDER**

21-CV-04294 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Due to a scheduling conflict, the telephonic pre-motion conference scheduled for 09:30 a.m. on January 27, 2022 is rescheduled to 12:30 p.m. on February 24, 2022. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code: 3456831. Defendants are reminded that it is their responsibility to ensure Plaintiff's appearance at the rescheduled conference.

    Defendants are directed to mail a copy of this Order to Plaintiff and file proof of service on the docket by 5:00 p.m. on January 11, 2022.

                                                  **SO ORDERED:**

Dated:  White Plains, New York
          January 10, 2022

                                                  _____
                                                  PHILIP M. HALPERN
                                                  United States District Judge