UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYRIL CURTIS,

                          Plaintiff,

                -against-

ROCKLAND COUNTY DRUG TASK FORCE, et al.,

                          Defendants.

**ORDER**

21-CV-04294 (PMH)

PHILIP M. HALPERN, United States District Judge:

        Due to a scheduling conflict, the telephonic pre-motion conference scheduled for 12:30 p.m. on February 24, 2022 is rescheduled to 2:30 p.m. on March 1, 2022. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code: 3456831. Defendants are reminded that it is their responsibility to ensure Plaintiff's appearance at the rescheduled conference.

        Defendants are directed to mail a copy of this Order to Plaintiff and file proof of service on the docket by 5:00 p.m. on February 23, 2022.

                                    **SO ORDERED:**

Dated:   White Plains, New York
         February 22, 2022

                              _____
                              PHILIP M. HALPERN
                              United States District Judge