UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYRIL CURTIS,<br><br>                              Plaintiff,<br><br>          -against-<br><br>ROCKLAND COUNTY DRUG TASK FORCE, et al.,<br><br>                              Defendants. | **ORDER**<br><br>21-CV-04294 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The Court held a Pre-Motion Conference on March 1, 2022. Plaintiff, proceeding *pro se*, and counsel for all Defendants appeared by telephone. As stated on the record, Defendants are granted leave to file their anticipated motions to dismiss. While counsel shall each file a separate Notice of Motion as to those Defendants whom they represent, Defendants shall file jointly one moving brief and one reply brief in accordance with the following schedule:

(1) Defendants' motion papers shall be served and filed on March 29, 2022;

(2) Plaintiff's opposition papers shall be served and filed on April 26, 2022; and

(3) Defendants' reply papers shall be served and filed on May 9, 2022.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                              SO ORDERED:

Dated:   White Plains, New York
         March 1, 2022

                              _____
                              PHILIP M. HALPERN
                              United States District Judge