UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYRIL CURTIS,

                Plaintiff,                21 **CIVIL** 4294 (PMH)

     -against-                           **JUDGMENT**

ROCKLAND COUNTY, OFFICER PHILLIP
FANTASIA, OFFICER JOHN CASEY,
OFFICER RAYMOND LUND, OFFICER
MICHAEL VIGILLETI, INVESTIGATOR
JOE ALVAREZ,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 28, 2022, Defendants' motions to dismiss are GRANTED. While "[d]istrict courts should frequently provide leave to amend before dismissing a pro se complaint . . . leave to amend is not necessary when it would be futile." Reed v. Friedman Mgmt. Corp., 541 F. App'x 40, 41 (2d Cir. 2013) (citing Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000)). Here, the FAC is dismissed with prejudice because any amendment would be futile. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Memorandum Opinion and Order would not be taken in good faith, and in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:** New York, New York
         October 31, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                               **BY:**   K. Mango
                                                       **Deputy Clerk**